No. 128. POTTER *v.* MAYO, CUSTODIAN OF THE FLORIDA STATE PRISON, ET AL. November 13, 1939. Petition for writ of certiorari to the Supreme Court of Florida, and

motion for leave to proceed further *in forma pauperis*, denied. *Ed. Potter*, pro se. *Mr. George Couper Gibbs*, Attorney General of Florida, for respondents.